IN THE UNITED STATES COURT FOR THE DISTRICT OF UTAH

CENTRAL DIVISION

| | |
|---|---|
| CHRISTOPHER JAMES FAUCETT,<br><br>Petitioner,<br><br>vs.<br><br>UNITED STATES OF AMERICA,<br><br>Respondent. | MEMORANDUM DECISION AND ORDER GRANTING PETITIONER'S MOTION AND DISMISSING CASE, WITHOUT PREJUDICE<br><br><br>Civil Case No. 2:05-CV-58 TS<br>Civil Case No. 2:05-CV-270 TS<br>Criminal Case No. 2:03-CR-588 TS |

On November 29, 2005, Petitioner filed two Motions,[1] which the Court construes collectively as Petitioner's Motion to Dismiss. On October 5, 2005, the Court ordered Case No. 2:05-cv-270 consolidated into 2:05-cv-58. In his Motion, Petitioner concedes that his petition brought pursuant to 28 U.S.C. § 2255 should be dismissed, without prejudice.

Based upon the above, it is hereby

---

[1] One motion is styled, "Plaintiffs Motion to Vacate" [Docket No. 9 in Case No. 2:05-cv-58], and the other, without a title, asks the Court to "dismiss my 28 USC 2255 Motions" [Docket No. 4 in Case No. 2:05-cv-270].

1

ORDERED that Petitioner's Motion to Dismiss [Docket No. 9 in Case No. 2:05-cv-58 and Docket No. 4 in Case No. 2:05-cv-270] is GRANTED.  It is further

ORDERED that this case is DISMISSED, without prejudice.  The Clerk of Court is directed to close both Case No. 2:05-cv-58 and 2:05-cv-270 forthwith.

DATED this 2nd day of December, 2005.

BY THE COURT:

_____
TED STEWART
United States District Judge